Hon Tana Lin

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SHYJU KRISHNANKUTTY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COLUMBIA DEBT RECOVERY, LLC, d/b/a GENESIS; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES, LLC<br><br>　　　　　Defendants. | Case No. 2:23-cv-01734-TL<br><br>**STIPULATED MOTION FOR A SECOND EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT, AND [PROPOSED] ORDER**<br><br>Note on Motion Calendar:  December 21, 2023 |

**STIPULATED MOTION**

Defendant Equifax Information Services LLC ("Equifax"), by their attorneys and pursuant to Local Rules 7 and 10 of the Western District of Washington, moves for a second extension of time in which to answer or otherwise respond to the Complaint in this matter. It is stipulated and agreed to by and among counsel, that defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 27th, 2023 through and including January 10th, 2024.  In support of its Motion, defendant states:

**STIPULATED MOTION FOR A SECOND EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND [PROPOSED] ORDER - 1**
**Case No. 2:23-cv-00593**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

1.  On November 13th, 2023, plaintiff Shyju Krishnankutty filed a Complaint in the United States District Court for the Western District of Washington. (ECF No. 1).

2.  Equifax was served via CSC on November 15, 2023.

3.  Pursuant to Rules 12 and 8 Federal Rule of Civil Procedure, Equifax must file its responsive pleading by December 27TH, 2023.

4.  On December 21st, 2023, counsel for Equifax conferred with plaintiff's counsel to confirm that plaintiff had no objection to extending Equifax's deadline to answer or respond to plaintiff's Complaint to facilitate continuing settlement discussions. Plaintiff's counsel confirmed that plaintiff consents to Equifax's requested extension.

5.  Thus, to allow Equifax additional time to investigate plaintiff's allegations and to engage in informal settlement discussions with plaintiff's counsel, Equifax respectfully requests a second extension of time to answer or otherwise respond to plaintiff's Complaint through and including January 10th, 2024.

6.  This motion is filed before Equifax's response to plaintiff's Complaint is due. Equifax's request is not sought for the purpose of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of this action. See Fed. R. Civ. P. 1.

7.  This motion is filed in good faith and is supported by good cause.

///

///

///

///

///

///

///

**STIPULATED MOTION FOR A SECOND EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND [PROPOSED] ORDER - 2**
Case No. 2:23-cv-00593

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

1  WHEREFORE, Equifax respectfully requests the Court to issue an Order extending the
2  time for Equifax to answer or otherwise respond to plaintiff's Complaint through and including
3  January 10th, 2023.

4  DATED: December 21, 2023    MARKOWITZ HERBOLD PC

  *s/ Jeffrey M. Edelson*
  _____
  Jeffrey M. Edelson, WSBA #37361
  JeffEdelson@MarkowitzHerbold.com
  1455 SW Broadway, Suite 1900
  Portland, OR 97201
  Telephone: (503) 295-3085
  *Attorneys for Defendant Equifax Information Services, LLC*


  CONSUMER ATTORNEYS


  */s/ Dawn M. McCraw*
  _____
  Dawn M McCraw
  CONSUMER ATTORNEYS PLC (SEA)
  450 ALASKAN WAY S
  STE 200
  SEATTLE, WA 98104
  602-807-1527
  Email: dmccraw@consumerattorneys.com
  *Attorney for Plaintiff*

---

**STIPULATED MOTION FOR A SECOND EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND [PROPOSED] ORDER - 3**
**Case No. 2:23-cv-00593**

# ORDER

Based upon the foregoing Stipulated Motion for Extension of Time to File Responsive Pleading, the Court hereby ORDERS AND ADJUDGES as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.
2. Defendant Equifax Information Services, LLC shall answer or otherwise respond to the Complaint by January 10th, 2024.

DATED : December 26, 2023.

Tana Lin
United States District Judge

Presented by:

*s/ Jeffrey M. Edelson*

Jeffrey M. Edelson, WSBA #37361
JeffEdelson@MarkowitzHerbold.com

Attorney for Defendant Equifax Information Services, LLC

**STIPULATED MOTION FOR A SECOND EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND [PROPOSED] ORDER - 4**
Case No. 2:23-cv-00593

**MARKOWITZ HERBOLD PC**
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085