UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE DIVISION

| | |
|---|---|
| SHYJU KRISHNANKUTTY, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>*COLUMBIA DEBT RECOVERY LLC, et al.,*<br><br>　　　　Defendants. | CASE NO. 2:23-cv-1734-JTL<br><br>~~[PROPOSED]~~ ORDER RE STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT<br><br>[Fed. R. Civ. P. 55(c)] |

Having considered the parties' Stipulation to Set Aside Clerk's Entry of Default, the Court ordered as follows:

The default which was entered by the Clerk against Defendant *COLUMBIA DEBT RECOVERY LLC* ("Defendant") on December 21, 2023 is hereby set aside pursuant to Rule 55(c) of the Federal Rules of Civil Procedure. Defendant shall file an Answer to the Complaint of Plaintiff SHYJU KRISHNANKUTTY on or before March 8, 2024.

IT IS SO ORDERED.

Dated: March 4, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE