The Honorable Tana Lin

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SHYJU KRISHNANKUTTY,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC., EQUIFAX INFORMATION SERVICES, LLC., and COLUMBIA DEBT RECOVERY, LLC, d/b/a GENESIS.<br><br>Defendants. | Case No.: 2:23-cv-01734-TL<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff Shyju Krishnankutty and Defendant Columbia Debt Recovery, LLC d/b/a Genesis by counsel, having filed their Stipulation of Dismissal with Prejudice, AND THE COURT, having been duly advised, NOW FINDS, that the same should be granted.

IT IS THEREFORE ORDERED, that this action and all claims of Plaintiff against Defendant Columbia Debt Recovery, LLC d/b/a Genesis are dismissed with prejudice. Plaintiff and Defendant Columbia Debt Recovery, LLC d/b/a Genesis shall each bear their own costs and attorneys' fees. There are no remaining defendants in this matter.

Dated this 8th day of November 2024.

_____
Honorable Tana Lin
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO.: 2:23-cv-01734-TL

Consumer Attorneys
450 Alaskan Way South, Suite 200
Seattle, Washington 98104

1